UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:06-cr-00145 |
| | ) | |
| v. | ) | Honorable Robert Holmes Bell |
| | ) | |
| BRANDON KELLY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### REPORT AND RECOMMENDATION

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on August 16, 2006, after receiving the written consent of defendant and all counsel.  At the hearing, defendant Brandon Kelly entered a plea of guilty to a Three-Count Information in exchange for the undertakings made by the government in the written plea agreement.  Count One of the Information charges defendant with being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1), 921(a) and 924(a)(2).  Count Two of the Information charges defendant with possession of a firearm in a school zone in violation of 18 U.S.C. §§ 922(q)(2)(A), 921(a) and 924(a)(4).  Count Three charges defendant with possession of cocaine base in violation of 21 U.S.C. § 844(a).

On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from

any force, threats, or promises, apart from the promises in the plea agreement; that the defendant

understands the nature of the charge and penalties provided by law; and that the plea has a sufficient

basis in fact.

I therefore recommend that defendant's plea of guilty to the Three-Count Information

be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be

considered for acceptance at the time of sentencing.  Acceptance of the plea, adjudication of guilt,

acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district

judge.  The clerk is directed to procure a transcript of the plea hearing for review by the District

Judge.


Date:  August 16, 2006                          __/s/ Ellen S. Carmody_____
                                                ELLEN S. CARMODY
                                                United States Magistrate Judge


**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge.
Any application for review must be in writing, must specify the portions of the findings or proceed-
ings objected to, and must be filed and served no later than ten days after the plea hearing. *See* W.D.
MICH. L.CR.R. 11.1(d).